IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT F. SARTORI,

    Plaintiff,

v.                                                             1:15-cv-00991-JCH-LF

STEIDER & ASSOCIATES,
P.C., TIMOTHY D. STEIDER,
SUNWEST TRUST, INC., TERRY
WHITE, MOLLY BENCY, FRED
HERMANN, TIM STEIDER,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION
## ON DEFENDANTS SUNWEST TRUST, INC., TERRY WHITE, MOLLY BENCY, AND
## <u>FRED HERMANN'S MOTION FOR JUDGMENT ON THE PLEADINGS</u>

The magistrate judge filed her Proposed Findings and Recommended Disposition (Doc. 50) on defendants Sunwest Trust, Inc., Terry White, Molly Bency, and Fred Hermann's Motion for Judgment on the Pleadings (Doc. 16) on January 19, 2017.  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 50) are ADOPTED;

2.     The Court GRANTS defendants Sunwest Trust, Inc., Terry White, Molly Bency, and Fred Hermann's Motion for Judgment on the Pleadings (Doc. 16) and dismisses Counts I thru XV of Mr. Sartori's First Amended Complaint (Doc. 5).

3.     The Court DENIES as moot plaintiff Robert F. Sartori's Motion to Strike the

Affirmative Defenses of Sunwest Trust, Inc., Terry White, Molly Bency and Fred Hermann (Doc. 22).

_____
UNITED STATES DISTRICT JUDGE