IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT F. SARTORI,

    Plaintiff,

v.                                                1:15-cv-00991-JCH-LF

STEIDER & ASSOCIATES,
P.C., TIMOTHY D. STEIDER,
SUNWEST TRUST, INC., TERRY
WHITE, MOLLY BENCY, FRED
HERMANN, TIM STEIDER,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION ON PLAINTIFF'S
MOTION TO STRIKE THE AFFIRMATIVE DEFENSES OF STEIDER &
ASSOCIATES, P.C., TIMOTHY D. STEIDER, AND TIM STEIDER**

        The Magistrate Judge filed her Proposed Findings and Recommended Disposition (Doc. 51) on plaintiff Robert F. Sartori's Motion to Strike the Affirmative Defenses of Steider & Associates, P.C., Timothy D. Steider, and Tim Steider (Doc. 29) on January 19, 2017.  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

        Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

    1.    The Magistrate Judge's Proposed Findings and Recommended Disposition on plaintiff Robert F. Sartori's Motion to Strike the Affirmative Defenses of Steider & Associates, P.C., Timothy D. Steider, and Tim Steider (Doc. 29) are ADOPTED;

    2.    The Court DENIES plaintiff Robert F. Sartori's Motion to Strike the Affirmative

Defenses of Steider & Associates, P.C., Timothy D. Steider, and Tim Steider (Doc. 29).

_____
UNITED STATES DISTRICT JUDGE